Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorneys for Plaintiff
Alexandre Do Mack

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandre Do Mack<br><br>        Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>        Defendant | No. 2:14-cv-02852-DAD<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other matters with approaching deadlines. The transcript in this proceeding is lengthy. Plaintiff's counsel needs additional time to review the transcript and to write the Motion.

2. Plaintiff's counsel has emailed Donna W. Anderson, Esq., defendant's counsel.  Ms. Anderson has indicated that she is agreeable to a 60 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on November 2, 2015, Defendant's reply brief on December 2, 2015 and Plaintiff's optional response brief on December 22, 2015.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  August 31, 2015 | /s/ Geri N. Kahn<br>GERI N. KAHN<br>Attorney for Plaintiff |
| Dated:  August 31, 2015 | /s/ Donna W.Anderson<br>DONNA W. ANDERSON<br>Special Assistant United States Attorney<br>(*By email authorization on 08/31/2015) |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  September 14, 2015

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
domack2852.stip.eot.ord.docx