Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorneys for Plaintiff
Alexandre Do Mack

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandre Do Mack<br><br>    Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>    Defendant | No. 2:14-cv-02852-AC (TEMP)<br><br>**Stipulation of time for Plaintiff to file Brief in Support of Motion for Summary Judgment or Remand And Order** |

     Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 37-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has been steadily working on the brief. She has had other matters arise with pressing deadlines which were not anticipated. Plaintiff's counsel believes she will be able to finish the brief within the next 37 days.

2. Plaintiff's counsel has emailed Donna W. Anderson, Esq., defendant's counsel. Ms. Anderson has indicated that she is agreeable to a 37 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on December 9, 2015, Defendant's reply brief on January 8, 2016 and Plaintiff's optional response brief on January 22, 2016.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  November 2, 2015 | /s/ Geri N. Kahn<br>GERI N. KAHN<br>Attorney for Plaintiff |
| Dated:  November 2, 2015 | /s/ Donna W. Anderson<br>DONNA W. ANDERSON<br>Special Assistant United States Attorney<br>(*By email authorization on 11/02/2015) |

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: November 10, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE