BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDRE DO MACK,               ) | Case No. 2:14-cv-02852-AC |
|        Plaintiff,                ) | |
|                        ) | STIPULATION AND [PROPOSED] |
|      v.                      ) | ORDER FOR AN EXTENSION OF |
|                        ) | TIME |
| CAROLYN W. COLVIN,                ) | |
| Commissioner of Social Security,  ) | |
|        Defendant.               ) | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her Cross-Motion for Summary Judgment be extended for 30 days until February 8, 2016. This is Defendant's first request for an extension of time to file her Cross-Motion for Summary Judgment. Defense counsel requires additional time to fully review the administrative record

1

and consider the government's position due to the recent holiday/leave schedule, as well as a high work load during this time period.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                        Respectfully submitted,

Date:  January 6, 2016        By:    /s/ *Geri N. Kahn**
                                                      Geri N. Kahn
                                                      Attorney for Plaintiff
                                                      (* By e-mail authorization on 01/06/16)

Dated: January 6, 2016                BENJAMIN B. WAGNER
                                                    United States Attorney
                                                     DEBORAH LEE STACHEL
                                                     Acting Regional Chief Counsel, Region IX
                                                   Social Security Administration

                                        By:    */s/ Donna W. Anderson*
                                                   DONNA W. ANDERSON
                                                   Special Assistant U.S. Attorney
                                                   Attorneys for Defendant

                                                   <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  January 6, 2016                _____
                                            HON. ALLISON CLAIRE
                                            United States Magistrate Judge