Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorneys for Plaintiff
Alexandre Do Mack

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandre Do Mack<br><br>      Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>      Defendant | No. 2:14-cv-02852-AC (TEMP)<br><br>**STIPULATION AND ORDER** |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a response brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has emailed Donna W. Anderson, Esq., defendant's counsel.  Ms. Anderson has indicated that she is agreeable to a 14 day extension of time for counsel to prepare her brief.

2. Should the request be granted, Plaintiff's brief will be due on March 7, 2016.

                                                              Respectfully submitted,

Dated:  February 22, 2016              /s/ Geri N. Kahn                
                                                              GERI N. KAHN
                                                              Attorney for Plaintiff

No. 2:14-cv-02852-AC (TEMP)              1
STIPULATION AND ORDER

Dated: February 22, 2016                    /s/ Donna W. Anderson
                                            DONNA W. ANDERSON
                                            Special Assistant United States Attorney
                                            (*By email authorization on 02/22/2016)

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: February 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE